**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00887-CV
_____

**RON MCGUIRE, Appellant**

**V.**

**ANTHONY TRAN, Appellee**

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1000114**

## O R D E R

Appellant's brief was due February 23, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 3, 2012**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM